# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert A. Morgan

Case No. Civil 01-1796 MJD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

UNUM Life Insurance Company of America

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for summary judgment is GRANTED.
2. Plaintiff's motion for prejudgment interest, attorneys' fees and costs is GRANTED.
3. Defendant's motion for summary judgment is DENIED.

DATE: September 17, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk