ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert A. Morgan,

Plaintiff,

v.

UNUM Life Insurance Company of America,

Defendant.

---

Court File No. 01-1796 MJD/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The Parties stipulate, by and through their undersigned counsel, that the above-entitled action is hereby dismissed on its merits and with prejudice, and without costs, disbursements or attorneys' fees to either party. The Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action of record.

Dated: 3-16-04

**MANSFIELD TANICK & COHEN, P.A.**

Denise Yegge Tatryn (ID No. 179127)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 339-4295
Attorneys for Plaintiff

Dated: 3/10/04

**KRASS MONROE, P.A.**

John Harper III (ID No. 41397)
Terrance J. Wagener (ID No. 213676)
8000 Norman Center Drive, Suite 1000
Minneapolis, MN 55437-1178
Telephone: (952) 885-5999
Attorneys for Defendant

**ORDER FOR DISMISSAL**

Pursuant to Stipulation of the Parties, it is hereby ordered that the above-entitled action is hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to either party.

Dated: 3-23-04

**BY THE COURT**

Michael J. Davis
Judge of United States District Court

G:\WPDATA\U\UNUMPROVIDENT 10363\052-MORGAN\PLD\STIP OF DISMISSAL AND ORDER.DOC